No. **CR 07 00772**   RS   JF

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

*Filed DEC 05 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

### THE UNITED STATES OF AMERICA
### vs.
### DANIEL THOMAS REYES

## INDICTMENT

**COUNT ONE:** Title 21, U.S.C. § 841(c)(2) - Possession of a Listed Chemical with Knowledge or Reasonable Cause to Believe it Will be Used to Manufacture a Controlled Substance

**COUNT TWO:** Title 21, U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(iv) - Conspiracy to Manufacture One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine, or PCP

*A true bill.*

_____
*Foreperson*

Filed in open court this 5th day of December

A.D. 2007

_____
*United States Magistrate Judge*

Bail. $ no process

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-FILING

Filed

DEC 0  2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00772 JF RS |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 841(c)(2) - Possession of a Listed Chemical with Knowledge or Reasonable Cause to Believe it Will be Used to Manufacture a Controlled Substance; 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(iv) - Conspiracy to Manufacture One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine, or PCP |
| v. | |
| DANIEL THOMAS REYES, | |
| Defendant. | |

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(c)(2))

On or about November 8, 2007, in the Northern District of California, the defendant,

DANIEL THOMAS REYES,

did knowingly and intentionally possess a List I chemical, to wit, piperidine and its salts, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, to wit, phencyclidine, also known as PCP, in violation of Title 21, United States Code, Section 841(c)(2).

**INDICTMENT**

1 | COUNT TWO: (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iv), and 846)

2 | Beginning on or about November 1, 2006 and continuing through and including November 8,

3 | 2007, in the Northern District of California and elsewhere, the defendant,

4 | DANIEL THOMAS REYES,

5 | and others, did knowingly and intentionally conspire with other persons known and unknown to

6 | manufacture a Schedule I controlled substance, to wit, one kilogram or more of a mixture and

7 | substance containing a detectable amount of phencyclidine, also known as PCP, in violation of

8 | Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iv), and 846.

DATED: 12/5/07

A TRUE BILL.

*[signature]*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*[signature]*

MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: *[signature]* )
AUSA John N. Glang

INDICTMENT                                2

AO 257 (Rev. 6/78)

**E-FILING**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

SEE ATTACHED PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHED PENALTY SHEET

**DEFENDANT - U.S.**

▶ DANIEL THOMAS REYES

DISTRICT COURT NUMBER

**CR 07 00772 JF**

*Filed DEC 0 5 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DEA SPECIAL AGENT PATRICK DONLIN

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70670-HRL

### DEFENDANT

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  JOHN N. GLANG

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

U.S. V. DANIEL THOMAS REYES

PENALTY SHEET

Count One: 21 U.S.C. § 841(c)(2)
Possession of a Listed Chemical with Knowledge or Reasonable Cause to Believe it Will be Used to Manufacture a Controlled Substance

20 years imprisonment
$250,000 Fine
3 years supervised release
$100 special assessment


Count Two: 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(iv)
Conspiracy to Manufacture One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine, or PCP

Imprisonment for Life with 10-year minimum mandatory term
$4,000,000 Fine
At least 5 years of supervised release, No Maximum
$100 special assessment

1