## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, December 19, 2007
**Case Number:** CR-07-00772-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. DANIEL REYES**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Daniel Reyes |
| Attorneys Present: Jeffrey Nedrow | Attorneys Present: Nick Humy |

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Continued to 2/6/08 at 9:00 a.m. for further status review. 49 days are excluded for the reasons stated.