UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, February 27, 2008
**Case Number:** CR-07-00772-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    UNITED STATES OF AMERICA V. DANIEL REYES

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Daniel Reyes |
| Attorneys Present: John Glang | Attorneys Present: Nick Humy |

PROCEEDINGS:
    Further status review hearing held. Counsel and defendant are present. Continued to 4/2/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.