1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant Daniel Thomas Reyes

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )  No. CR 07-00772-JF
                                    )
12          Plaintiff,               )  **STIPULATION TO CONTINUE STATUS**
   v.                                )  **REVIEW HEARING; [PROPOSED]**
13                                   )  **ORDER**
   DANIEL THOMAS REYES,              )
14                                   )
            Defendant.                )
15 _____ )

16      Mr. Reyes and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the status review hearing date in the above-captioned matter,

18 presently scheduled for Wednesday, April 2, 2008, at 9:00 a.m., be continued to Wednesday,

19 April 30, 2008, at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel

20 for Mr. Reyes and ongoing negotiations for resolution.

21      The parties further agree and stipulate that time should be excluded from and including

22 April 2, 2008 through and including April 30, 2008, to provide counsel reasonable time to

23 prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)

24 and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

25 ///

26 ///

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-70670-HRL                    1

1 | exclusion of time will serve the interest of justice and outweigh the interest of the public and
2 | defendant in a speedy trial.

3 | Dated: 4/1/08

/s/
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 4/1/08

/s/
JOHN GLANG
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the status review hearing currently set for April 2, 2008 is continued to April 30, 2008 at 9:00 a.m. as well as the period of delay from April 2, 2008, to and including April 30, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: _____
JEREMY FOGEL
United States District Judge

Dated: _____
JEREMY FOGEL
United States District Judge