**E-filed 4/2/08**

BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant Daniel Thomas Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>            Plaintiff,            )<br>v.                                                                )<br>                                                                )<br>DANIEL THOMAS REYES,            )<br>                                                                )<br>            Defendant.            )<br>_____) | No. CR 07-00772-JF<br><br>**STIPULATION TO CONTINUE STATUS REVIEW HEARING; [PROPOSED] ORDER** |

Mr. Reyes and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status review hearing date in the above-captioned matter, presently scheduled for Wednesday, April 2, 2008, at 9:00 a.m., be continued to Wednesday, April 30, 2008, at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Reyes and ongoing negotiations for resolution.

The parties further agree and stipulate that time should be excluded from and including April 2, 2008 through and including April 30, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

///

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and

2  defendant in a speedy trial.

3  Dated: 4/1/08

        /s/
    NICHOLAS P. HUMY
4      Assistant Federal Public Defender

5

6  Dated: 4/1/08

        /s/
    JOHN GLANG
    Assistant United States Attorney

7

8

## ORDER

9

10      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the status review

11  hearing currently set for April 2, 2008 is continued to April 30, 2008 at 9:00 a.m. as well as the

12  period of delay from April 2, 2008, to and including April 30, 2008, be excluded for purposes of

13  Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A)

14  and 3161(h)(8)(B)(iv).

15  Dated:  4/2/08

16      JEREMY FOGEL
    United States District Judge

17

18  Dated:

19      JEREMY FOGEL
    United States District Judge

20

21

22

23

24

25

26