1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DANIEL THOMAS REYES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )    No. CR-07-00772-JF
11                                   )
                Plaintiff,           )    **STIPULATION TO CONTINUE**
12                                   )    **STATUS HEARING; [PROPOSED]**
   vs.                               )    **ORDER**
13                                   )
   DANIEL THOMAS REYES,              )
14                                   )
                Defendant.           )
15  _____  )

16     Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the status hearing date in the above-captioned matter, presently

18 scheduled for Wednesday, April 30, 2008 at 9:00 a.m., be continued to Wednesday, May 21,

19 2008 at 9:00 a.m.  Defense counsel is requesting the continuance for effective preparation and to

20 allow time to resolve this matter.

21     The defense has recently received more discovery and resolution discussions are

22 promising and ongoing.

23     The parties further agree and stipulate that time should be excluded from and including

24 April 30, 2008 through and including May 21, 2008 for effective preparation of defense counsel,

25 pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United

26 No. CR-07-70670-HRL

**STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER**                    1

1  States and the defendant agree that granting the requested exclusion of time will serve the interest
2  of justice and outweigh the interest of the public and defendant in a speedy trial.

3  Dated:  April 29, 2008                             _____/s/_____
                                                       NICHOLAS P. HUMY
4                                                      Assistant Federal Public Defender

5
   Dated: April 29, 2008                              _____/s/_____
6                                                      JOHN GLANG
                                                       Assistant United States Attorney
7

8
                                            **ORDER**
9
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
10
   presently set for Wednesday, April 30, 2008 will be continued to May 21, 2008 at 9:00a.m.
11
       IT IS FURTHER ORDERED, that the time between April 30, 2008 through and
12
   including May 21, 2008, shall be excluded for effective preparation of defense counsel, pursuant
13
   to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
14

15
   Dated: _____, 2008                           _____
16                                                    JEREMY FOGEL
                                                      United States District Judge
17

18

19

20

21

22

23

24

25

26  No. CR-07-70670-HRL

**STIPULATION TO CONTINUE STATUS**
**HEARING; [PROPOSED] ORDER**              2