1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DANIEL THOMAS REYES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-07-00772-JF
                                      )
12              Plaintiff,            )   **STIPULATION TO HAVE A PRE-PLEA**
                                      )   **CRIMINAL HISTORY ONLY**
13 vs.                                )   **PRESENTENCE REPORT PREPARED;**
                                      )   **[PROPOSED] ORDER**
14 DANIEL THOMAS REYES,               )
                                      )
15              Defendant.            )
   _____ )

16       Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, A Pre-Plea, Criminal History Only Pre-Sentence Report should

18 be prepared in this matter in order to facilitate resolution.

19       The parties have been engaged in fruitful resolution discussions in this matter. The

20 matter is expected to resolve short of trial, and the parties are in agreement in principle on the

21 terms. Both parties are of the opinion that it would be of assistance to have a Criminal History

22 //

23 //

24 //

25 No. CR-07-00772-JF

26 **STIPULATION FOR PRE-PLEA,
   CRIMINAL HISTORY ONLY
   PRESENTENCE REPORT; [PROPOSED]
   ORDER**                                         1

Only Pre-Plea Presentence Report prepared by the United States Probation Office. Mr. Reyes' criminal history presents some unusual issues.

Dated: May 1, 2008            _____/s/_____
                              NICHOLAS P. HUMY
                              Assistant Federal Public Defender

Dated: May 1, 2008            _____/s/_____
                              JOHN GLANG
                              Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Unites States Probation Office shall prepare a Pre-Plea Criminal History Only Pre-sentence Report in this matter.

IT IS FURTHER ORDERED, that the United States Probation Officer shall inform the parties and the court when the report can be completed.

Dated: _____, 2008       _____
                              JEREMY FOGEL
                              United States District Judge

No. CR-07-00772-JF

**STIPULATION FOR PRE-PLEA, CRIMINAL HISTORY ONLY PRESENTENCE REPORT; [PROPOSED] ORDER**                2