1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DANIEL THOMAS REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>              Plaintiff,                        )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>DANIEL THOMAS REYES,              )<br>                                                       )<br>              Defendant.                    )<br>_____)  | No. CR-07-00772-JF<br><br>**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Wednesday, April 30, 2008 at 9:00 a.m., be continued to Wednesday, May 21, 2008 at 9:00 a.m.  Defense counsel is requesting the continuance for effective preparation and to allow time to resolve this matter.

The defense has recently received more discovery and resolution discussions are promising and ongoing.

The parties further agree and stipulate that time should be excluded from and including April 30, 2008 through and including May 21, 2008 for effective preparation of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United

No. CR-07-70670-HRL

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER                  1

States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: April 29, 2008

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: April 29, 2008

_____/s/_____
JOHN GLANG
Assistant United States Attorney

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, April 30, 2008 will be continued to May 21, 2008 at 9:00a.m.

IT IS FURTHER ORDERED, that the time between April 30, 2008 through and including May 21, 2008, shall be excluded for effective preparation of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: \_\_4/30\_\_\_\_\_, 2008

_____
JEREMY FOGEL
United States District Judge

No. CR-07-70670-HRL

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER                2