**E-filed 6/25/08**

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DANIEL THOMAS REYES

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00772-JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS HEARING; [~~PROPOSED~~]** |
| vs. | ) | **ORDER** |
| | ) | |
| DANIEL THOMAS REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16      Defendant and the government, through their respective counsel, hereby stipulate that,

17  subject to the court's approval, the status hearing date in the above-captioned matter, presently

18  scheduled for Wednesday, June 25, 2008 at 9:00 a.m., be continued to Wednesday, July 30, 2008

19  at 9:00 a.m.  The reasons for the request are that the parties have come to an agreement in

20  principle to a resolution in the matter.  The defense needs to submit to the prosecution some

21  language for the final plea agreement and that in turn needs to be approved by the United States

22  Attorney's office.  The defense has not yet provided the requested language but expects to do so

23  within the week.

24      The parties further agree and stipulate that time should be excluded from and including

25  June 25, 2008 through and including July 30, 2008 for effective preparation of defense counsel,

26

1   pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United

2   States and the defendant agree that granting the requested exclusion of time will serve the interest

3   of justice and outweigh the interest of the public and defendant in a speedy trial.

4   Dated: June 24, 2008                          _____/s/_____
                                                  NICHOLAS P. HUMY
5                                                 Assistant Federal Public Defender

6
    Dated: June 24, 2008                          _____/s/_____
7                                                 JOHN GLANG
                                                  Assistant United States Attorney
8

9

10                                      **ORDER**

11

12          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13   presently set for Wednesday, June 24, 2008 will be continued to July 30, 2008 at 9:00a.m.

14          IT IS FURTHER ORDERED, that the time between June 24, 2008 through and

15   including July 30, 2008,  shall be excluded for effective preparation of defense counsel, pursuant

16   to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

17          IT IS SO ORDERED.

18

19   Dated:  6/25/08____, 2008                     _____
                                                  JEREMY FOGEL
20                                                United States District Judge

21

22

23

24

25

26

**STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER**
**No. CR-07-70670-HRL**              2