# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, August 20, 2008
**Case Number:** CR-07-00772-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. DANIEL REYES**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Daniel Reyes |
| Attorneys Present: John Glang | Attorneys Present: Nick Humy |

PROCEEDINGS:

Disposition and sentencing hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 48 months prison on count 1 of the Indictment ; 3 years supervised release; and $100.00 special assessment. The Court dismisses the remaining counts.

Case 5:07-cr-00772-JF   Document 24   Filed 08/20/2008   Page 1 of 1